

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00188-CV

**IN RE: COMMITMENT OF** Richard P. **BARNES**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI08424
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment and order of commitment is AFFIRMED.

SIGNED August 15, 2018.

_____
Rebeca C. Martinez, Justice